UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LISALEE D. EGBERT,**

    Plaintiff,

v.                                                        **No. 4:26-cv-00164-P**

**THE BOARD OF REGENTS OF THE
UNIVERSITY OF TEXAS SYSTEM, ET AL.,**

    Defendants.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

    **SO ORDERED** on this **28th day of May 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE