UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LISALEE D. EGBERT,**

Plaintiff,

v. **No. 4:26-cv-00164-P**

**THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, ET AL.,**

Defendants.

**ORDER**

Before the Court is the Motion to Re-open Case. ECF No. 9. The Court hereby **ORDERS** all counsel for all parties to appear for a hearing on the motion. The hearing shall take place in Judge Pittman's courtroom at **10:00 a.m.** on **Wednesday, June 17, 2026**.

**SO ORDERED** on this **10th day of June 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE