UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LISALEE D. EGBERT,**

    Plaintiff,

v.                                                                            **No. 4:26-cv-00164-P**

**THE BOARD OF REGENTS OF THE
UNIVERSITY OF TEXAS SYSTEM, ET AL.,**

    Defendants.

## ORDER

Before the Court is the Motion to Dismiss. ECF No. 5. Having considered the relevant facts, applicable law, and relevant docket entries, the Court hereby **ORDERS** that the Motion is **DENIED**.

**SO ORDERED** on this **13th day of July 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE